1202-14

Abel Acosta
Court of Criminal Appeals.
P.O. Box 12308                    3-2-15
Austen Tx. 78111


RE cover page. with attached
Return letter for file mark.


Dear Ms. Acosta
    Please find In side a letter I need addressed and
then filed in to my file. along with a return to sender copy of letter for
my files. You will find a S.A.S.E. to return back to me. thank you

                              Sincerley

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 04 2015

Abel Acosta, Clerk

                              Guy B. Munsch
                              Pro.Se 1742002
                              1N20 Savage Dr.
                              Midway Tx. 75852.

Abel Acosta
Court of Criminal Appeals
P.O. Box 12308                              3-2-15
Austin TX, 78711-2308


RE: P.D.R. in Cause# 02-12-00012-CR

Dear Ms. Acosta,
       My Name is Guy B. Munsch I TDC. 1762002. Case# 02-12-0002CR.
My P.D.R was Due. Nov. 21st. 2014. It was maded from unit mail Room
Nov 20th 2014. Before the Nov. 21st due date, But ask to this date. I
have yet to Receive any Notice from this court as too if it was
Received or if there has been a ruling on it. I need to Know
this. To make sure my 1 year time Limit for 2254 is not Passing
by.
       I need this courts Clerk to please check on this and tell appealant
what the P.D.R # is. So he can move forward to 11.07.


                   Thank you.


                          Guy B. Munsch
                          Pro se. 1762002
                          12120 Savage DR.
cc. filed.                Midway Tx. 75852.